**ENTER/JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MICHAEL ANTHONY GRAHAM, ) | Case No. CV 08-2217-R (MLG) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| D.K. SISTO, WARDEN, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the petition herein is denied with prejudice.

Dated: __September 5, 2008___

_____
Manuel L. Real
United States District Judge